

FILED
APR 02 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case No. '08 MJ 8284 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 8, U.S.C., Section 1326 |
| Arvin ESPINOZA-Morales, | Deported Alien Found In the United States |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about March 4, 2008, within the Southern District of California, defendant Arvin ESPINOZA-Morales, an alien, who previously had been excluded, deported, or removed from the United States to Nicaragua was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
MARCO A. MIRANDA
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 2nd DAY OF APRIL 2008.

_____
PETER C. LEWIS
United States Magistrate Judge

Page 1

Case 3:08-cr-01271-IEG   Document 1   Filed 04/02/2008   Page 2 of 2

UNITED STATES OF AMERICA
    v.
Arvin ESPINOZA-Morales

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, G. Powers, that the Defendant was found and arrested on March 4, 2008 east of the Calexico, California Port of Entry.

BPA Powers was performing his assigned Border Patrol duties approximately 3.5 miles east of Calexico, California. The Remote Video Surveillance Operator informed Agent Powers that the individual was observed making an illegal entry approximately 3.5 miles east of Calexico, California. Agent Powers responded to the area, and found an individual later identified as, Arvin ESPINOZA-Morales. Agent Powers identified himself as a United States Border Patrol Agent and questioned ESPINOZA as to his immigration status to be in the United States. ESPINOZA stated he was a citizen of Mexico and illegally in the United States. ESPINOZA was placed under arrest.

At the station, record checks revealed ESPINOZA is a citizen of Nicaragua. Record checks further revealed an Immigration Judge ordered ESPINOZA deported to Nicaragua from the United States on October 29, 1997. Record checks also revealed that ESPINOZA has an extensive criminal history.

There is no evidence ESPINOZA has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.