FILED

08 APR 23 PM 1:12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 1271 IEG |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| ARVIN ESPINOZA-MORALES, ) | |
| Defendant. ) | |

The grand jury charges:

On or about March 4, 2008, within the Southern District of California, defendant ARVIN ESPINOZA-MORALES, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Nicaragua, and not having obtained said express consent to reapply for admission thereto; and committed an

//

WMC:em:Imperial
4/22/08

1  overt act to wit, crossing the border from Mexico into the United
2  States, that was a substantial step toward committing the offense, all
3  in violation of Title 8, United States Code, Sections 1326(a) and (b).
4      It is further alleged that defendant ARVIN ESPINOZA-MORALES was
5  removed from the United States subsequent to November 22, 2004.
6      DATED: April 23, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney