1 **CANDIS MITCHELL**
California State Bar No. 242797
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Candis_Mitchell@fd.org

5 Attorneys for Mr. Espinoza-Morales

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E.GONZALEZ)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1271-IEG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **ARVIN ESPINOZA-MORALES**, | ) | **AS LEAD ATTORNEY** |
| Defendant. | ) | |

Notice is hereby given by **CANDIS L. MITCHELL**, Federal Defenders of San Diego, Inc., that:

\*\* I am replacing **DIANE M. REGAN**, as lead counsel on this case.

Respectfully submitted,

Dated: May 9, 2008         /s/  *Candis Mitchell*
                           **CANDIS L. MITCHELL**
                           Federal Defenders of San Diego, Inc.
                           Attorneys for Mr. Espinoza-Morales
                           Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  May 9, 2008                             /s/  *Candis Mitchell*
                                                **CANDIS L. MITCHELL**
                                                Federal Defenders of San Diego, Inc.
                                                225 Broadway, Suite 900
                                                San Diego, CA  92101-5030
                                                (619) 234-8467  (tel)
                                                (619) 687-2666  (fax)
                                                Candis_Mitchell@fd.org