# APPENDIX OF EXHIBITS

United States v. Espinoza-Morales

08CR1271-IEG

Exhibit A, Reporter's Partial Transcript of the Proceedings, dated January 11, 2007 . . . . . . . . . . . . . . . . 1

Exhibit B, Reporter's Transcript of Proceedings, dated January 11, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . 34