UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:   08CR1271-IEG |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| **ARVIN ESPINOZA-MORALES**, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the government make available, at a time mutually convenient to both parties, Mr. Espinoza-Morales's complete A-file.

**SO ORDERED.**

**DATED: June 2, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**

08CR1271-IEG