1 **CANDIS MITCHELL**
California Bar No. 242797
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
(619) 234-8467 (tel); (619) 687-2666 (fax)
4 Candis_Mitchell@fd.org

5
Attorneys for Mr. Arvin Espinoza-Morales
6

7 UNITED STATES DISTRICT COURT

8 SOUTHERN DISTRICT OF CALIFORNIA

9 **(HONORABLE IRMA E. GONZALEZ)**

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR1271-IEG |
| 11      Plaintiff, | ) ) | DATE: SEPTEMBER 8, 2008 |
| 12 v. | ) ) | TIME: 2:00 P.M. |
| 13 **ARVIN ESPINOZA-MORALES,** | ) ) ) | NOTICE OF MOTIONS *IN LIMINE* AND MOTIONS *IN LIMINE* TO: |
| 14      Defendant. | ) ) | |
| 15 | ) ) | (1) EXCLUDE EVIDENCE NOT PRODUCED IN DISCOVERY; |
| 16 | ) ) | (2) EXCLUDE DOCUMENTS ABSENT REDACTTION; |
| 17 | ) ) ) | (3) PRECLUDE TESTIMONY FROM GOVERNMENT WITNESSES REFERRING TO MR. ESPINOZA-MORALES AS THE "ALIEN;" |
| 18 | ) ) | |
| 19 | ) ) | (4) PROVIDE INSPECTION OR PRODUCTION OF CERTIFIED DOCUMENTS; |
| 20 | ) ) | (5) PRECLUDE INTRODUCTION OF "MUG SHOTS" OF MR. ESPINOZA-MORALES; |
| 21 | ) ) ) | (6) PROHIBIT THE CERTIFICATE OF NONEXISTENCE OF RECORD AS INADMISSIBLE ; |
| 22 | ) ) | (7) PRECLUDE EVIDENCE UNDER FEDERAL RULE OF EVIDENCE 404(B) AND 609; |
| 23 | ) ) | (8) ALLOW ATTORNEY-CONDUCTED VOIR-DIRE; |
| 24 | ) ) | (9) ORDER PRODUCTION OF GRAND JURY TRANSCRIPTS; |
| 25 | ) ) ) | (10) PRECLUDE DOCUMENTS OF DEPORTATION AS EVIDENCE OF ALIENAGE; AND, |
| 26 | ) ) | |
| 27 | ) ) | (11) GRANT LEAVE TO FILE FURTHER MOTIONS. |
| 28 _____ | ) ) | |

TO: KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY, AND
CAROLINE HAN, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on the above-captioned date and time, or as soon thereafter as counsel may be heard, Arvin Espinoza-Morales, by and through counsel, Candis Mitchell and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

## MOTIONS

Mr. Espinoza-Morales, by and through counsel, Candis Mitchell, and Federal Defenders of San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules, hereby moves this court for an order to:

(1) Exclude Evidence Not Produced in Discovery;
(2) Exclude Documents Absent Redaction;
(3) Preclude Testimony from Government Witnesses Referring to Mr. Espinoza-Morales as the "Alien"
(4) Provide Inspection or Production of Certified Documents;
(5) Preclude Introduction of "Mug Shots" of Mr. Espinoza-Morales;
(6) Prohibit the Certificate of Nonexistence of Record as Inadmissible;
(7) Preclude Evidence under Federal Rule of Evidence 404(b) and 609;
(8) Allow Attorney-conducted Voir-Dire;
(9) Order Production of Grand Jury Transcripts;
(10) Preclude Documents of Deportation as Evidence of Alienage; and,
(11) Grant Leave to File Further Motions.

These motions *in limine* are based upon the instant motion and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

Dated: August 27, 2008

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Espinoza-Morales
Candis_Mitchell@fd.org